# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 7, 2005

128333

ELIZABETH A. COOK,
          Plaintiff-Appellee,

v

CHRISTOPHER W. HARDY,
          Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128333
COA: 250727
Ingham CC: 02-001399-NI

_____/

       On order of the Court, the application for leave to appeal the February 24, 2005 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), we direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action permitted by MCR 7.302(G)(1). The parties may file supplemental briefs within 28 days of the date of this order, but they should avoid submitting mere restatement of arguments in application papers.

       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 7, 2005

d1003

_____
Clerk